# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK WILSON, | Case No. LACV 17-7258-DOC (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| D. ASUNCION, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: __July 24, 2020__    _____

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE